Especially in this case, where the alley existed before the bank adapted it to its own use, it was incumbent upon the plaintiff to present evidence fixing the defendant's responsibility in order to recover.

For the reasons stated the judgment is affirmed.

Judgment affirmed.

GOLDBERG and EGAN, J J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CURTIS L. MOORE, Defendant-Appellant.

(No. 56533; ▮▮▮▮▮▮▮▮)

First District (3rd Division)—April 12, 1973.

PER CURIAM.

Gerald W. Getty, Public Defender, of Chicago, (Thaddeus L. Kowalski and Ronald P. Katz, Assistant Public Defenders, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Elmer C. Kissane and William D. Wolter, Assistant State's Attorneys, of counsel,) for the People.